IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01961-MSK-KLM

AARON VASQUEZ-GARCIA,

       Applicant,

v.

JAMES A. ALDERDEN, Larimer County Sheriff,
MAJOR GARY DARLING, Officer in Charge of Detention at Larimer County Detention Center,
LARMINER [sic] COUNTY SHERIFF'S OFFICE,

       Respondents.

_____

## ORDER OF RECUSAL
_____

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. The undersigned's personal familiarity with the operations of the Defendants prevent her from being impartial in this matter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

Dated this 27th day of September, 2007.

                                                  **BY THE COURT:**

                                                  Marcia S. Krieger
                                                  United States District Judge