IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01961-REB-KLM

AARON VASQUEZ-GARCIA,

    Plaintiff,

v.

JAMES A. ALDERDEN, Larimer County Sheriff,
MAJOR GARY DARLING, Officer in Charge of Detention at Larimer County Detention Center, and
LARIMER COUNTY SHERIFF'S OFFICE,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Stipulated Motion To Dismiss Petition For Writ of Habeas Corpus** [#9], filed October 8, 2007. After careful review of the motion and the file, the court has concluded that the motion should be granted, that the petition for writ of habeas corpus be withdrawn and that this action be dismissed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss Petition For Writ of Habeas Corpus** [#9], filed October 8, 2007, is **GRANTED**;

    2. That the **Petition For Writ of Habeas Corpus and Complaint For Declaratory and Injunctive Relief** [#1], filed September 18, 2007, is **WITHDRAWN**;

and

      3.  That this action is **DISMISSED**.

Dated October 9, 2007, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**